UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
VETTA JOHNSON

Debtor  
SSN XXX-XX-2868

CASE NO. 07 B 02370

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/12/07 and confirmed on 06/08/07.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 2700.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 21468.22 | .00 | 186.77 |
| CAPITAL ONE BANK | UNSECURED | 794.60 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9875.86 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 454.05 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| MCLEOD USA | UNSECURED | 134.06 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1440.80 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 223.42 | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 913.94 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 77.29 | .00 | .00 |
| SUPERIOR MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 10950.09 | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 179.39 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | UNSECURED | 320.58 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 348.29 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 437.28 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED        21468.22             .00       26149.65            .00       47617.87
PRINCIPAL PAID              186.77             .00            .00            .00         186.77
INTEREST PAID                  .00             .00            .00            .00            .00
TOTAL PAID                  186.77             .00            .00            .00         186.77
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $    2500.00  and was paid $    66.00   direct and $   2434.00   through the plan.

The Trustee received $     79.23 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/14/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                   PAGE   2
        CASE NO. 07 B 02370 VETTA JOHNSON